UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. a/s/o
AMERICAN STOCK EXCHANGE, LLC,

          Plaintiff,

          -against-

BIN H. CHEN,

          Defendants.
------------------------------------------------------------ X

JUDGE SWAIN

07 CIV 6715

**RULE 7.1 STATEMENT**

RECEIVED JUL 2 6 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

AMERICAN INTERNATIONAL GROUP, INC.
AIG GLOBAL TRADE & POL. RISK
AIG LIFE INSURANCE COMPANY
AIG LIFE INSURANCE CO. CANADA
AIG LIFE INSURANCE CO. OF PR
AIG LIFE INSURANCE CO. (SWITZERLAND)
AIG RETIREMENT SERVICES INC.
SUN AMERICA LIFE INS. CO.
AIG SUN AMERICA LIFE ASSURANCE
FIRS SUNAMERICA LIFE INS. CO.
AIU INSURANCE COMPANY
AMERICAN GENERAL CORPORATION
AGC LIFE INSURANCE COMPANY
AIG ANNUITY INSURANCE COMPANY
AIG ASSURANCE CANADA

AMERICAN GENERAL LF & ACCIDENT
AMERICAN GERNERL LIFE INS. CO.
VARIABLE ANNUITY LIFE INS. CO.
AMERICAN GENERL PROPERTY INS.
AMERICAN GENER PROP INS. FL
UNITED STATES LIVE INS. OF NY
AMERICAN GENERAL ASSURANCE CO.
AMERICAN GENERAL INDEMNITY CO.
AMERICAN GENERAL FINANCE INS.
AMERICAN GENERAL FINANCE CORP.
MERIT LIFE INSURANCE CO.
YOSEMITE INSURANCE COMPANY
AMERICAN HOME ASSURANCE CO.
AIG HAWAII INSURANCE CO. INC.
AMERICAN PACIFIC INS. CO. INC.
AMERICAN INTERN INS. CO.
AMERICAN INTER INS. CO. OF CA
AMERICAN INTER INS. CO. OF NJ
MINNESOTA INSURANCE COMPANY
TRANSATLANTIC HOLDINGS INC.
TRANSATLANTIC REINSURANCE CO.
PUTNAM REINSURANCE COMPANY
TRANS RE ZURICH
AMERICAN INTERN INS. CO OF DE
AMERICAN INTER LIFE ASSUR. NY
AMERICAN INTER REINS CO LTD.
AIG EDISON LIFE INSURANCE CO
AMERICAN INTERN ASSUR BERMUDA
AMERICAN INTL ASR CO AUSTRALIA
AMERICAN INTERN ASSUR CO LTD.
NAN SHAN LIFE INSURANCE CO. LTD
AMERICAN INTERN UNDRS OVERSEAS
AIG BRASIL COMPANHIA SEGUROS
AIG EUROPE (IRELAND) LIMITED
AMERICAN INTER INS. CO. OF PR
LA MERIDIONAL CIA A R DE SEG SA
LANDMARK INSURANCE COMPANY LTD.
SEGURIDAD DE CENTROAMERICA SA
AMERICAN LIFE INS. CO. DE
UNIBANCO AIG SEGUROS S.A.
BIRMINGHAM FIRE INS. CO. OF PA
CHINA AMERICAN HOLDING COMPNAY
CHINA AMERICA INS. CO. LTD.

COMMERCE AND INDUSTRY INS. CO.
COMMERCE AND INDUSTRY INS. CA
DELAWARE AMERICAN LIFE INS. CO.
HSB GROUP INC.
HARTFORD STEAM BOILER I & I
HARTFORD STEAM BOILER I & I CT
BOILER INSPECTION & INS. OF CAN
HSB ENGINEERING INS. LTD.
INSURANCE CO OF THE STATE OF PA
LANDMARK INSURANCE COMPANY
NATIONAL UNION FIRE INS. CO. PA
AMERICAN INTERN SPECIALTY LNS
LEXINGTON INSURANCE COMPANY
AIG CENTENNIAL INSURANCE CO.
AIG PREFERRED INSURANCE CO.
AIG PREMIER INSURANCE CO.
AIG INDEMNITY INSURANCE CO.
AIG AUTO INSURANCE CO. OF NJ
JI ACCIDENT & FIRE INS. CO. LTD.
NATIONAL UNION FIRE INS. CO. VT
NATIONAL UNION FIRE INS. OF LA
STARR EXCESS LIABILITY INS. LTD
STARR EXCESS LIAB INS. INTL LTD
21 CENTURY INSURANCE GROUP
21 CENTURY CASUALTY CO.
21 CENTURY INSURANCE CO.
21 CENTURY INS. CO, SOUTHWEST
UNITED GUARANTY CORPORATION
UNITED GUARANTY MTGE INS. CO.
UNITED GUARANTY MTGE INS. CO. NC
UNITED GUARANTY RESIDENTIAL NC
UNITED GUARANTY RESIDENTIAL
UNITED GUARANTY COMM INS. CO. NC
UNITED GUARANTY CREDIT INS. CO.
UNITED GUARANTY MTGE INDEM CO.
NHIG HOLDING CORPORATION
AUDUBON INSURANCE COMPANY
AUDUBON INDEMNITY COMPANY
NEW HAMPSHIRE INSURANCE CO.
AIG EUROPE S.A.
AIG STAR LIFE INSURANCE CO. LTD.
AMERICAN INTERN PACIFIC INS. CO.
AMERICAN INTERN SOUTH INS. CO.

GRANITE STATE INSURANCE CO.
ILLINOIS NATIONAL INSURANCE CO.
NEW HAMPSHIRE INDEMNITY CO.
AIG NATIONAL INS. CO. INC.
PHILIPPINE AMER LIFE & GEN INS.
PACIFIC UNION ASSURNACE CO.
PHILAM INSURANCE COMPANY INC.


Dated: New York, New York
       July 26, 2007

Respectfully submitted,

CLAUSEN MILLER, P.C.

By: _____ (JS 8046)
    Robert A. Stern, Esq.
    Joseph W. Szalyga, Esq.
    One Chase Manhattan Plaza
    New York, New York 10005
    (212) 805-3900