UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. a/s/o
AMERICAN STOCK EXCHANGE, LLC,         07 CIV. 6715 (LTS) (HBP)

            Plaintiff,

                                                       **SUPPLEMENT**
    -against-                                     **TO COMPLAINT**

BIN H. CHEN,

            Defendants.

------------------------------------------------------------ X

**SUPPLEMENT TO COMPLAINT**

Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. a/s/o AMERICAN STOCK EXCHANGE, LLC (hereinafter "National"), by and through its attorneys, CLAUSEN MILLER, P.C., as and for its Supplement to Complaint, herein respectfully alleges as follows:

4.     At all relevant times, Defendant BIN H. CHEN ("Chen") was and is a citizen and a resident of the State of New Jersey.

                                                                  Respectfully submitted,

                                                                  CLAUSEN MILLER, P.C.

                                       By:     _____
                                                        Joseph W. Szalyga, Esq.
                                                        One Chase Manhattan Plaza
                                                        New York, New York 10005
                                                       (212) 805-3900