UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. a/s/o
AMERICAN STOCK EXCHANGE, LLC,                     07 CIV. 6715 (LTS) (HBP)

                    Plaintiff,

          -against-

BIN H. CHEN,

                    Defendants.

-------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

a/s/o AMERICAN STOCK EXCHANGE, LLC, by and through its undersigned counsel, hereby

certifies that it served the Memo Endorsement which has been So-Ordered by the Hon. Laura

Taylor Swain on November 28, 2007 to Defendant BIN H. CHEN by depositing same in the U.S.

Mail, postage prepaid, addressed to Defendant's counsel of record, this 29th day of November,

2007.

                              Respectfully submitted,

                              CLAUSEN MILLER, P.C.

          By:       _____
                              Joseph W. Szalyga, Esq.
                              One Chase Manhattan Plaza
                              New York, New York 10005
                              (212) 805-3900

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system, which sent notification of such filing to the following:

Anthony J. Siano, Esq.
333 Westchester Avenue
Suite 300
White Plains, New York 10604


Dated: November 29, 2007

                                    Joseph W. Szalyga
                                    CLAUSEN MILLER, P.C.
                                    Attorneys for Plaintiff