USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 8 2007



# Clausen Miller P.C.

CLAUSEN MILLER P.C.  CLAUSEN MILLER L.L.P.  CLAUSEN MILLER EUROPE
CHICAGO, IL        LONDON, ENGLAND       Clausen Miller, P.C.P.
IRVINE, CA                               Clausen Miller L.L.P., LONDON
NEW YORK, NY                             Brizard Lambert Dunn & Associés, PARIS
PARSIPPANY, NJ                           Studio Legale Corapi, ROME
WHEATON, IL                              Van Cutsem Wittamer Marnef & Partners, BRUSSELS
SHANGHAI, CHINA

*Attorneys at Law*   One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

November 27, 2007

**VIA FACSIMILE**

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

Re:  National Union Fire Insurance Company of
     Pittsburgh, PA a/s/o American Stock Exchange,
     LLC v. Bin H. Chen
Index No.:  07 CIV 6715 (LTS) (HBP)
Our File No.: 35-9518-00-8

Dear Judge Swain:

The undersigned represents the Plaintiff in the above referenced matter.

I was advised by Mr. Tyler Freedman of your chambers that due to the failure of the parties to submit a joint Preliminary Pre-Trial Statement seven (7) days prior to the November 30, 2006 pre-trial conference, the conference must be adjourned. Unfortunately, for reasons which have yet to be determined, my office did not receive notification of the Conference or your Honor's Order of August 31, 2007.

Based on the foregoing, the undersigned respectfully requests that the pre-trial conference in the above referenced matter be adjourned. After consult with counsel for Defendant Bin H. Chen, it has been determined that all counsel are available to appear on **Friday, January 18, 2008 at 11:00 a.m.**. Please advise if the above date and time are acceptable to this Court.

I apologize for any inconvenience or delay which may have been caused. Thank you for your consideration of the above request.

The requested adjournment is granted.

Very truly yours,

CLAUSEN MILLER, P.C.

SO ORDERED.

By: *[signature]*

Joseph W. Szalyga

JWS:ng  *[signature]* 11/28/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies faxed to Pla Counsel
Chambers of Judge Swain  11-28-07

MICROFILMED NOV 2 9 2007 -12:00 PM