03/07/08 15:41:21   212-885-3939->   Fax Server   Page 002

03/07/2008 15:12 FAX   @002/002

03/07/08 09:43:07   212-885-3939->   Fax Server   Page 003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

NATIONAL UNION FIRE INSURANCE CO.,

    Plaintiff,

-v-

BIN H. CHEN,

    Defendant.

----------------------------------x

No. 07 Civ. 6715 (LTS)(THK)

**CONSENT TO PROCEED
BEFORE A MAGISTRATE JUDGE**

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: MAR 10 2008]

LAURA TAYLOR SWAIN, District Judge:

    IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____ ClausenMiller
Attorney(s) for Plaintiff(s)
Address: _____
Telephone (312) 855-3900

_____
Attorney(s) for Defendant(s)
Address: 333 Westchester Ave. White Plains, NY 10604
Telephone 914-997-0100

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED:

Dated: New York, New York
      March 7, 2008

_____
LAURA TAYLOR SWAIN
United States District Judge

Magistrate _____ was assigned this case on _____, 200_.

For: Clerk U.S.D.C. S.D.N.Y.

PAGE 2/2 * RCVD AT 3/7/2008 2:15:22 PM [Eastern Standard Time] * SVR:NY-RF/0 * DNIS:1 * CSID: * DURATION (mm-ss):00-50